ORION INTERNATIONAL
TECHNOLOGIES, Plaintiff–Appellant,

v.

UNITED STATES, Defendant–Appellee,

and

Fiore Industries, Inc., Defendant.

No. 05–5148.

United States Court of Appeals,
Federal Circuit.

Sept. 7, 2005.

ORDER

Appellant having paid the initial fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the notice of appeal is REINSTATED.

Appellant's brief is due within 63 days of the date of filing of this order.